UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAT PHU NGHIEM,<br>Petitioner,<br>v.<br>ANDRES QUINONES, et al.,<br>Respondents. | Case No. 8:26-cv-01438-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition (ECF 1) is dismissed without prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: November 3, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE